**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jordan Kem Eagle, | ) | |
| | ) | Case No. 1:05-cr-101 |
| Defendant. | ) | |
| | ) | |

The court held a detention hearing on January 9, 2006, in Bismarck, North Dakota. AUSA Rick Volk appeared on behalf of the Government. Federal Public Defender William Schmidt appeared with and on the defendant's behalf. FBI Special Agent Hal Stutsman provided testimony during the hearing. The defendant is charged with the offense of sexual abuse in violation of 18 U.S.C. §§ 2242(2)(B) and 1153.

For the reasons articulated at the close of the detention hearing, the court finds that the government has proved by the preponderance of the evidence that the defendant is a flight risk. The court further finds that the court finds that the government has met its burden of demonstrating by clear and convincing evidence that Defendant is not a candidate for release upon personal recognizance or an unsecured appearance bond and that no condition or combination of conditions will reasonably assure the safety of other persons and the community.

Accordingly, the court **GRANTS** the government's Motion for Detention and **ORDERS** that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an

attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 9th day of January, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge